# EXHIBIT "D"

FILED
6/9/2023 12:52 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Christi Underwood DEPUTY

DC-23-07790

CAUSE NO.: _____

| | | |
|---|---|---|
| **BROOKFIELD PROPERTY RETAIL HOLDING, LLC f/k/a Brookfield Property REIT Inc., and** | § § § § | **IN THE DISTRICT COURT** |
| **TOWN EAST MALL, LLC., f/k/a TOWN EAST MALL PARTNERSHIP,** | § § § § | **DALLAS COUNTY, TEXAS** |
| Plaintiffs, | § § | |
| v. | § § § | 193rd |
| **DILLARD TEXAS CENTRAL, LLC,** | § § § | |
| Defendant. | § | **_____ JUDICIAL DISTRICT** |

## PLAINTIFFS' ORIGINAL PETITION

COMES NOW, Plaintiffs, Brookfield Properties Retail Holding, Inc. f/k/a Brookfield Property REIT Inc. and Town East Mall, LLC, f/k/a Town East Mall Partnership, by and through their undersigned counsel, and complains of Defendant, Dillard Texas Central, LLC, for cause of action and would respectfully show the Court as follows:

## DISCOVERY

Pursuant to Rules 190.1 and 190.4 of the *Texas Rules of Civil Procedure*, notice is hereby given to the Court and the parties that the discovery in this case is intended to be conducted under <u>Level Three</u> of the stated rules unless otherwise ordered by the Court.

## PARTIES, VENUE, AND JURISDICTION

1. At all times material hereto, Dillard Texas Central, LLC, hereinafter referred to as "Dillard," was a Delaware Limited Liability Company, and owned the

property located at 0 Town East Mall, Suite 5000, Mesquite, Texas within the State of Texas, which is a portion of the property commonly known as the Town East Mall.

2. At all times material hereto, Town East Mall, LLC, formerly known as Town East Mall Partnership, hereinafter referred to as "Town East Mall," was a Texas Limited Liability Company, and was conducting business activities within the State of Texas.

3. At all times material hereto, Brookfield Properties Retail Holding, LLC f/k/a Brookfield Property REIT Inc., hereinafter referred to as "Brookfield," was a Delaware limited liability company.

4. Venue of this suit is proper in Dallas County, Texas pursuant to Section 15.002 of the Texas Civil Practice and Remedies Code for the reason that the occurrence giving rise to this lawsuit is located in Dallas County, Texas.

5. The Court has jurisdiction over Defendant for the reason that Defendant was a limited liability company doing business at the property that it owned within Dallas County and the State of Texas.

6. The Court has jurisdiction over the controversy for the reason that the damages sued for are within the jurisdictional limits of this Court.

## SERVICE

7. Dillard Texas Central LLC may be duly served with citation by serving its registered agent:

CT Corporation System
1999 Bryan Street
Suite 900
Dallas, TX 75201-3136

## **FACTS**

8.  Plaintiffs incorporate the foregoing paragraphs by reference as though fully set forth herein.

9.  On or about January 11, 1971, Homart Development Company, Sears, Roebuck and Co.; Alstores Realty Corporation, and Federated Department Stores, Inc. entered into a Construction, Operation, and Reciprocal Easement Agreement ("COREA") relating to the regional shopping center in question located in Mesquite, Texas, and commonly known as Town East Mall.

10. Prior to July 31, 2020, Defendant, Dillard Texas Central, LLC, had acquired the interests of Alstores Realty Corporation under the COREA.

11. Prior to July 31, 2020, Town East Mall, LLC had acquired the interests of Homart Development Company in the Shopping Center Site, and under the COREA.

12. On or about July 31, 2020, Defendant, Dillard Texas Central, LLC, the Plaintiff, Town East Mall, and other parties not associated with this litigation, entered into the Fourth Amendment to Construction, Operation and Reciprocal Easement Agreement, which extended the termination date of the COREA from its original date of July 31, 2020 to March 31, 2021.

13. At all times relevant hereto, Town East Mall, owned a regional shopping center located in Mesquite, Texas commonly known as the Town East Mall, and located at 1800 N. Town East Mall Blvd, Mesquite, Texas.[1]

---

[1] The property address is also referenced as 2063 Town East Mall, Mesquite, Texas or 0 Town East Mall, Suite 2063, Mesquite, Texas.

14. At all times relevant hereto, Dillard Texas Central, LLC owned a portion of the subject mall, which was commonly referred to as 5000 Town East Mall, Mesquite, Texas.[2]

15. On or about June 12, 2021, an 8" water supply line, owned and maintained by Defendant Dillard, failed and discharged significant amount of water into the Dillard property, which thereafter caused significant damage to the property owned by Town East Mall.

16. Additionally, upon discovery of the failed water line, Dillard failed to take reasonable actions to immediately turn off the water supply to its property, or otherwise stop the water from escaping from the failed water supply line into the property.

17. As a direct and proximate result of the improper actions of Defendant Dillard, the subject supply line failed, causing significant damage to the property owned by Town East Mall.

## COUNT I – NEGLIGENCE

18. The Plaintiffs incorporate the foregoing paragraphs by reference as though fully set forth herein.

19. As the owner of commercial property located inside a retail shopping center like the Town East Mall, the Defendant owed a duty to neighboring property owners, including Town East Mall, to conduct its business activities, including maintaining its water supply lines, in a reasonable and workmanlike manner so that its business activities, including maintenance of its water supply lines, would not fail, and cause damage.

---

[2] The property address is also referenced as 0 Town East Mall, Suite 5000, Mesquite, Texas.

20. Defendant Dillard breached its duty owed to neighboring property owners, including Town East Mall, LLC, when it failed to conduct its business activities in a reasonable and workmanlike manner, and failed to maintain and inspect its water supply line in a reasonable and workmanlike manner, so that its water supply line would not fail and cause significant damage, as it did on July 12, 2021.

21. It was foreseeable to Defendant Dillard, or reasonably should have been foreseeable to Defendant Dillard, that if it did not conduct its business activities, including the maintenance and inspection of its water supply lines, in a reasonable and workmanlike manner, its water supply line would eventually fail, and damage the property of neighboring property owners, like Town East Mall, LLC, and relatedly Brookfield Properties Retail Holding, LLC as it did on June 12, 2021.

22. As a direct and proximate result of Defendant Dillard's breach of its duty owed to neighboring property owners, including Town East Mall, LLC, and relatedly Brookfield Properties Retail Holding, LLC, Defendant's water supply line failed, and caused significant damages to the property of neighboring property owners, including Town East Mall, LLC and relatedly Brookfield Properties Retail Holding, LLC.

23. Town East Mall, LLC sustained damages as set forth herein.

24. Brookfield Properties Retail Holding, LLC sustained damages by way of an aggregate fund set up on behalf of properties such as Town East Mall to pay, in part, for property losses such as the one as set forth herein incurred by Town East Mall, and for which it now seeks reimbursement.

## DAMAGES

25. Plaintiffs incorporate the foregoing paragraphs by reference as though fully set forth herein.

26. Town East Mall, LLC now asserts their claim for reimbursement from Defendant for the damages it incurred in the amount of Three Million, Four Hundred Fifty-Four Thousand, and Nine-Hundred Eighty Six Dollars and Seventy Seven Cents ($3,454,986.77).

27. In addition to the damages paid by Town East Mall, Brookfield Properties Retail Holding, LLC, sustained damages by way of its aggregate in the amount of Three Million Dollars and Zero Cents ($3,000,000.00).

28. All conditions precedent to Plaintiffs' recovery from Defendant have been performed or have occurred as required.

## NOTICE PURSUANT TO RULE 193.7

29. Pursuant to Rule 193.7, Texas Rules of Civil Procedure, Plaintiffs hereby provide notice to Defendant of Plaintiffs' intent to utilize all documents and tangible things produced by Defendants in response to discovery, including all deposition exhibits and documents obtained by oral, video and written question depositions in any pretrial proceeding or at trial.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, Brookfield Properties Retail Holding, Inc. f/k/a Brookfield Property REIT Inc. and Town East Mall, LLC, f/k/a Town East Mall Partnership, requests that the Defendant, Dillard Texas Central, LLC, be cited to appear and answer herein, and that on that final hearing, Plaintiffs recover:

1. A judgment against Defendant for actual damages in the amounts pled for herein, which are within the jurisdictional limits of this Court;

2. A judgment against Defendant for exemplary damages;

3. A judgment against Defendant for reasonable attorneys' fees and costs of court;

4. A judgment against Defendant for pre- and post-judgment interest as allowed by law;

5. A judgment against Defendant for such other and further relief, both general and specific, in equity and at law, to which Plaintiffs may be justly entitled.

Respectfully Submitted,

BUTLER WEIHMULLER KATZ CRAIG LLP

*[signature]*

_____
George A. McMullin, Esq.
Texas Bar No.: 24096738
Primary: gmcmullin@butler.legal
Secondary: swilliams@butler.legal
Mail Center:  400 Ashley Drive
              Suite 2300
              Tampa, FL 33602
Telephone:   (469) 857-7870
Facsimile:   (214) 812-9226
*Attorney for Plaintiffs*