UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BROOKFIELD PROPERTY RETAIL HOLDING, LLC, f/k/a BROOKFIELD PROPERTY REIT INC. and TOWN EAST MALL, LLC, f/k/a TOWN EAST MALL PARTNERSHIP, | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-1674-B |
| DILLARD TEXAS CENTRAL, LLC, | § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Parties' Joint Stipulation of Dismissal (Doc. 47). The Court finds that good cause exists for the Court to dismiss the case as the parties have settled this matter.

It is **ORDERED** that all claims in Plaintiff's Complaint against Defendant are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs, including any attorney's fees.

SO ORDERED.

SIGNED: December 13, 2024.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE